| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 2:21CR00440-001 |
|---|---|---|
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* 2:25-cr-00151-APG-NJK-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT UTAH | DIVISION CENTRAL |
|---|---|---|
| Moises Becerra | NAME OF SENTENCING JUDGE David Sam, Senior U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |

✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
JUNE 02 2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi DEPUTY

**OFFENSE**
Count 1: Possession with Intent to Distribute Methamphetamine.

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Becerra has significant ties to Nevada. He lives with his girlfriend and has a job. Nevada requested transfer.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ____UTAH____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ____NEVADA____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

6/2/2025                                        *[signature]*
_____Date_____                          _United States District Judge_

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ____NEVADA____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 3, 2025                                    *[signature]*
_Effective Date_                         _United States District Judge_

1

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Moises Becerra
Case No.: To be assigned

**REQUEST ACCEPTANCE OF TRANSFER OF JURISDICTION**

June 2, 2025

TO: United States District Judge

On July 27, 2022, Mr. Becerra was sentenced to 51 months' imprisonment, followed by 3 years of supervised release for the offense of Possession with Intent to Distribute Methamphetamine in the District of Utah. On February 7, 2025, he commenced supervision in the District of Nevada.

Mr. Becerra has remained compliant with his conditions of supervision, with the exception of one missed urinalysis test, since his release. Currently, he resides with his girlfriend in Las Vegas, NV. In addition, Mr. Becerra has obtained full-time employment in Las Vegas, NV. It appears he has significant ties to the District of Nevada.

In order to address any matter that may require Court intervention in an efficient manner, it is respectfully requested the court accept jurisdiction of this case. Should the Court agree with this request, please countersign the attached Probation Form 22 already signed by the Honorable David Sam agreeing to relinquish jurisdiction of this case. Should Your Honor have any questions or concerns, please contact the undesigned officer at (702) 378-0704 or Zachary_warner@nvp.uscourts.gov

Respectfully submitted,

Digitally signed by Zack Warner
Date: 2025.06.02 14:24:46 -07'00'

Zachary Warner
United States Probation Officer

Approved:

Digitally signed by Steve Goldner
Date: 2025.06.02 14:01:16 -07'00'

Steve M Goldner
Supervisory United States Probation Officer